# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **LINDSEY ROBERTS,** | ) |
| **Petitioner**, | ) |
| v. | ) Case No. 7:23-cv-826-RDP-GMB |
| **KIMBERLY NEELY,** | ) |
| **Respondent**. | ) |

## MEMORANDUM OPINION

This matter is before the court on Petitioner Lindsey Roberts's ("Petitioner") Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. # 1).

On March 1, 2024, the Magistrate Judge entered a Report and Recommendation that the Petition for a Writ of Habeas Corpus (Doc. # 1) be dismissed with prejudice. (Doc. # 12). The parties were allowed fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. # 1) be denied with prejudice. A final judgment will be entered.

**DONE** and **ORDERED** this March 25, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE